UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C.L. "BUTCH" OTTER, in his official capacity as Governor of the State of Idaho, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:15-cv-01566-EGS |
| S.M.R. JEWELL, in her official capacity as Secretary of the United States Department of the Interior, et al., | ) ) ) ) | |
| Federal Defendants, and | ) ) | |
| THE WILDERNESS SOCIETY, *et al.*, Applicants in Intervention/ Defendants. | ) ) ) ) | |

**[PROPOSED] ANSWER OF APPLICANTS-IN-INTERVENTION THE WILDERNESS SOCIETY, NATIONAL AUDUBON SOCIETY, NATIONAL WILDLIFE FEDERATION, AND EARTHWORKS**

Applicants in intervention The Wilderness Society, National Audubon Society, National Wildlife Federation, and Earthworks now submit this proposed Answer to the Plaintiffs' Complaint. As to the statements in each numbered paragraph in Plaintiff's complaint, Plaintiffs aver as follows:

1. Admit, except deny any violations of law by the Federal Defendants as alleged by Plaintiffs.

2. Admit, except deny that any action by the federal defendants is "unprecedented."

3. Admit.

4. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

5. Admit.

6. Admit sentences 1,2,4; deny sentences 3,5,6.

7. Lack knowledge or information sufficient to form a belief about the truth of the allegations of sentence 1; admit sentence 2, except deny that it was "unusual."

8. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

9. Admit sentences 1-4, except deny any violation of law by the Federal Defendants as implied by Plaintiffs; deny sentences 5-7.

10. Admit, except deny any violation of law by the Federal Defendants as alleged by Plaintiffs.

11. Admit, except deny that Plaintiffs are entitled to any relief.

12. Deny.

13. Deny.

14. Deny.

15. Deny.

16. Deny.

17. Deny.

18. Admit sentences 1,2,5; deny sentences 3,4.

19. Admit sentences 1,6,7; deny sentences 8,9; lack knowledge or information sufficient to form a belief about the truth of the allegations of sentences 2-5.

20. Admit.

21. Admit.

22. Admit.

23. Admit.

24. Admit.

25. Admit.

26. Admit.

27. Admit.

28. Admit.

29. Admit.

30. Admit, except deny that this case involves the "single largest land-use amendment process ever attempted by the federal government."

31. Admit.

32. Admit.

33. Admit.

34. Admit.

35. Admit.

36. Admit.

37. Admit.

38. Admit.

39. Admit.

40. Admit.

41. Admit.

42. Admit.

43. Admit.

44. Admit.

45. Admit.

46. Admit.

47. Admit.

48. Admit.

49. Admit.

50. Admit.

51. Admit.

52. Admit.

53. Admit.

54. Admit sentence 1; deny sentences 2-4.

55. Admit.

56. Admit.

57. Admit.

58. Admit.

59. Admit.

60. Admit, except deny that the "NTT Report is not appropriate for management of the variations that occur across the sage-grouse range."

61. Admit, except deny any implication that the states were ensured that their plans would be adopted.

62. Admit.

63. Admit.

64. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

65. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

66. Admit.

67. Admit that the COT Report was issued; otherwise, deny.

68. Admit.

69. Admit, except lack knowledge or information sufficient to form a belief about the truth of the allegations as to the final sentence.

70. Lack knowledge or information sufficient to form a belief about the truth of the allegations as to the final sentence.

71. Admit.

72. Admit, except deny that Alternative C was focused almost exclusively on removing livestock grazing.

73. Admit, except deny any implication that adoption of a reconciliation of the two alternatives was required by law.

74. Admit.

75. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

76. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

77. Admit sentences 1,2; lack knowledge or information sufficient to form a belief about the truth of the allegations of sentence 3; deny sentence 4; admit sentence 5 except deny the description of the "highest level of protection" standard is "vague."

78. Admit sentences 1,2; deny sentence 3.

79. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

80. Lack knowledge or information sufficient to form a belief about the truth of the allegations of sentences 1,4; admit sentences 2,3.

81. Admit sentences 1,2,3,5; deny sentences 2,4.

82. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

83. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

84. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

85. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

86. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

87. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

88. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

89. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

90. Admit that the previous allegations are incorporated in this paragraph; otherwise, deny.

91. Admit.

92. Deny.

93. Deny.

94. Deny.

95. Deny.

96. Deny.

97. Admit that the previous allegations are incorporated in this paragraph; otherwise, deny.

98. Deny.

99. Deny.

100.    Admit that the previous allegations are incorporated in this
        paragraph; otherwise, deny.

101.    Admit sentence 1; deny remaining sentences.

102.    Deny.

103.    Admit that the previous allegations are incorporated in this
        paragraph; otherwise, deny.

104.    Admit.

105.    Admit.

106.    Deny.

107.    Deny.

108.    Admit that the previous allegations are incorporated in this
        paragraph; otherwise, deny.

109.    Admit sentences 2,4; deny sentences 1,3,5,6,7.

110.    Deny.

111.    Admit that the previous allegations are incorporated in this
        paragraph; otherwise, deny.

112.    Deny.

113.    Deny.

114.    Deny.

115.    Admit that the previous allegations are incorporated in this
        paragraph; otherwise, deny.

116.    Deny.

117.    Deny.

118.    Deny.

119.    Deny.

120.    Admit that the previous allegations are incorporated in this

paragraph; otherwise, deny.

121.    Admit.

122.    Deny.

GENERAL DENIAL and regarding the Prayer for Relief: The Federal

Defendants have not violated any law as alleged by Plaintiffs, and the Plaintiffs are

not entitled to any relief.


Respectfully submitted this 18th day of December, 2015.


/s/Matt Kenna
Matt Kenna (D. DC Bar No. CO0028)
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO  81301
(970) 385-6941
matt@kenna.net

/s/Roger Flynn
Roger Flynn (CO Bar No. 21078),
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org
*Pro Hac Vice Application Pending*

Attorneys for Applicants in Intervention-Defendants